THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENE ACHZIGER, individually and as the representative of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Defendant. | NO. 3:14-CV-05445-BHS<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

Defendant IDS Property Casualty Insurance Co ("IDS") and Plaintiff Gene Achziger, through counsel submit the following Joint Status Report and Discovery Plan in this matter in accord with Rule 26(f).

**1.     Statement of the nature and complexity of the case:** Plaintiff alleges that Defendant failed to pay for diminished value under its Underinsured Motorist-Property Damage Coverage (UIM-PD) in Plaintiff's auto damage claim and that his claim was improperly handled in violation of Washington law, statute, and administrative regulations. Defendant denies these allegations and believes the claim was handled in compliance with Washington law, statute and administrative regulations.

JOINT STATUS REPORT AND DISCOVERY PLAN -1
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**2.     Proposed Deadline for Joining Additional Parties:**   All parties have been brought into the suit.

**3.     Magistrate Judge:**  The parties do not consent to the assignment of a magistrate judge.

**4.     Proposed Discovery Plan:**

**(a)     Initial disclosures:** The parties anticipate providing supplemental disclosures, which will include expert disclosures by January 31, 2017.

**(b)     Subjects, timing and potential phasing of discovery:**   The parties believe that the following schedule should be entered:

(i)  Fact discovery to be completed by January 31, 2017.

(ii)  Expert discovery to be completed by March 17, 2017.

**(c)     Electronically stored information:**  The parties do not presently anticipate any issues with electronically stored information.

**(d)     Privilege issues:**  The parties believe that privileged information withheld should be accompanied by a privilege log in compliance with Rule 26(b)(5) sufficiently specific to permit the opposing party to evaluate the claims of privilege.

**(e)     Proposed limitations on discovery:**  The parties believe that the limitations on discovery imposed by Federal and Local Rules need not be changed at this time.

**(f)     The need for any discovery related orders:**  The parties are unaware of any issues requiring further orders at this time.  If necessary, the parties will work together to develop a stipulated protective order.

**5.     The parties' views, proposals, and agreements, on all items set forth in Local Civil Rule 26(f)(1), which includes the following topics:**

JOINT STATUS REPORT AND DISCOVERY PLAN -2
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

      **(a)**    **Prompt case resolution:**    The parties have been unable to resolve this matter by way of settlement.

      **(b)**    **Alternative dispute resolution:** The parties have been unable to resolve this matter by way of settlement.

      **(c)**    **Related cases:** No related cases.

      **(d)**    **Discovery management:** At this point no specific discovery management issues have been identified.

      **(e)**    **Anticipated discovery sought:**    The parties anticipate written discovery and depositions concerning Mr. Achziger's claim and the purported diminished value of his vehicle.

      **(f)**    **Phasing motions:**    At this time, the parties do not anticipate further motion practice, other than motions in limine.

      **(g)**    **Preservation of discoverable information:** The Parties have taken appropriate steps to preserve existing ESI, and documents presently available and relevant to this matter.

      **(h)**    **Privilege issues:** Particular privilege issues have not been identified, but a privilege log will be utilized as described in 4(d) above.

      **(i)**    **Model Protocol for Discovery of ESI:** See 4(c).

      **(j)**    **Alternatives to Model Protocol:** See 4(c).

**6.**    **The date by which discovery can be completed:**    See 4(b).

**7.**    **Bifurcation:** The parties do not see an immediate need for bifurcation.

**8.**    **Pretrial statements and order:** The parties believe that the Court should not dispense with pretrial statements and the pretrial order.

**9.**    **Individualized Trial Program or Other ADR:** The parties do not intend to

JOINT STATUS REPORT AND DISCOVERY PLAN -3
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

use the Individualized Trial Program or engage in private mediation prior to trial.

**10.** **Other suggestions:** None.

**11.** **Trial date:** May of 2017.

**12.** **Type of trial:** This is a jury trial.

**13.** **Number of trial days:** Approximately 5 court days.

**14.** **Trial Counsel:**

Counsel for Defendants:

Fletcher Alford (admitted pro hac vice)
Jordan Altura (admitted pro hac vice)
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 986-5900
Email: mailto:
jaltura@gordonrees.com
falford@gordonrees.com

Shannon L. Wodnik WSBA # 44998
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: swodnik@gordonrees.com

Counsel for Plaintiffs:
Stephen M. Hansen, WSBA 15642
1821 Dock Street, Suite 103
Tacoma, WA 98402
Phone: (253) 302-5955
Email address:  steve@stephenmhansenlaw.com

JOINT STATUS REPORT AND DISCOVERY PLAN -4
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Scott P. Nealey (admitted pro hac vice)
Law Office of Scott P. Nealey
71 Stevenson Street, Suite 400
San Francisco, CA  94105
Phone: (415) 231-5311
Email address:  snealey@nealeylaw.com

15. Dates on which counsel may have conflicts:  June, September and October 2017.

16. **Explanation of Service:**  The Defendant has already been served.

17. **Scheduling conference prior to scheduling order issued:**  The parties do not request a scheduling conference prior to having a scheduling order issued by the Court.

18. **Date on which corporate FRCP 7.1 statements were filed:**  Defendants' corporate disclosure statements were filed on June 3, 2014.

DATED this 28th day of October, 2016.

| Counsel for Defendant: | Counsel for Plaintiff: |
|---|---|
| GORDON & REES LLP | The Law Offices of STEPHEN M. HANSEN, PS |
| By: */s/ Shannon L. Wodnik*<br>    Shannon L. Wodnik WSBA # 44998<br>    swodnik@gordonrees.com | By: */s/ Stephen M. Hansen*<br>    Stephen M. Hansen, WSBA No. 15642<br>    steve@stephenmhansenlaw.com |

JOINT STATUS REPORT AND DISCOVERY PLAN -5
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen M. Hansen
Law Offices of Steven M. Hansen, P.S.
1821 Dock Street, Ste. 103
Tacoma, WA 98402
(253) 302-5955
steve@stephenmhansenlaw.com

Scott P. Nealey
Nealey Law
71 Stevenson Street, Ste. 400
San Francisco, CA 94105
(415) 231-5311
snealey@nealeylaw.com

Debra Brewer Hayes
The Hayes Law Firm
700 Rockmead, Ste. 210
Kingwood, TX 77339
(281) 815-4972
dhayes@dhayeslaw.com

Van Bunch
Bonnett, Fairbourn, Friedman & Balint, P.C.
57 Carriage Hill
Signal Mountain, TN 37377
(423) 580-5342
vbunch@bffb.com

DATED this 28th day of October, 2016.

By: ___/s/ Carolynn Kaiser___
Carolynn Kaiser, Legal Secretary
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5125
ckaiser@gordonrees.com

JOINT STATUS REPORT AND DISCOVERY PLAN -6
Case No. 3:14-CV-05445-BHS

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1096255/30250213v.1